Bobby W. LAKEY, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.

No. 2008–7035.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2008.

ON MOTION

*ORDER*

Upon consideration of Bobby W. Lakey's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) Each side shall bear its own costs.

Gary D. SMITH, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.

No. 2007–7128.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2008.

ON MOTION

*ORDER*

Gary D. Smith moves to voluntarily, dismiss his appeal of the decision of the United States Court of Appeals for Veterans Claims in *Smith v. Nicholson,* 04–1277, 2006 WL 3438410 (Nov. 3, 2006).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.